```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

                             - - -

MASHA ALLEN,                    :  CIVIL ACTION NO. 08-4614
      Plaintiff                 :
                                :
      v.                        :  Camden, New Jersey
                                :  May 15, 2009
FAMILIES THRU INTERNATIONAL     :  9:36 o'clock a.m.
ADOPTION, et al,                :
      Defendant                 :
. . . . . . . . . . . . . . . . :

                     TELEPHONE CONFERENCE
              BEFORE THE HONORABLE ANN MARIE DONIO
                UNITED STATES MAGISTRATE JUDGE

                             - - -


APPEARANCES:

For the Plaintiff:        ROBERT N. HUNN, ESQUIRE
                          Kolsby, Gordon, Robin &
                          Shore, Esquires
                          One Liberty Place
                          2000 Market Street
                          28th Floor
                          Philadelphia, PA  19103

                          STEVEN A. HABER, ESQUIRE
                          Obermayer, Rebmann, Maxwell
                          & Hippel, LLP
                          One Penn Center, 19th Floor
                          1617 John F. Kennedy
                          Boulevard
                          Philadelphia, PA  19103-1895

                          DAVID BILZ, ESQUIRE

For the Defendant         DONALD C. COFSKY, ESQUIRE
FTIA:                     Cofsky & Zeidman, LLC
                          209 N. Haddon Avenue
                          Haddonfield, NJ  08033-2322

For the Defendant         JEANNENE SMITH, Pro Se
Smith:                    312 S. Lincoln Avenue
                          Cherry Hill, NJ  08002

                             - - -
```

APPEARANCES: (Continued)

For the Defendant          ALAN J. BARATZ, ESQUIRE
Adatio Health:             Weiner Lesniak
                           629 Parsippany Road
                           P.O. Box 438
                           Parsippany, NJ   07054-0438

Audio Operator:            Susan Bush

Transcribed by:            Paula L. Curran, CET

      (Proceedings recorded by Liberty Court Player digital sound recording; transcript provided by AAERT-certified transcriber.)

Laws Transcription Service
48 W. LaCrosse Avenue
Lansdowne, PA 19050
(610)623-4178

3

1    (The following occurred in open court at 9:36
2  o'clock a.m.)
3    THE COURT:  We are on a telephone record.  This
4  conference is being electronically recorded and I would ask
5  that each time you speak, you state your name for the record.
6    This is in the matter of Allen versus Families Thru
7  International Adoption, Inc., et al.  Case Number 08-4614.
8  Let's begin by having counsel for the plaintiff place his
9  appearance on the record.
10    MR. HUNN:  Your Honor, good morning, it's Robert
11  Hunn.
12    MR. HABER:  Good morning, your Honor, this is Steve
13  Haber, I've made a special, limited appearance on behalf of
14  the plaintiff, as well.  Also on the line with me is David
15  Bilz from Atlanta, who is plaintiff's personal attorney.
16    MR. BILZ:  Good morning, your Honor, David Bills.
17    THE COURT:  Good morning.  For defendant?
18    MR. COFSKY:  Yes, Donald Cofsky, representing
19  Families Thru International Adoption.
20    MS SMITH:  Jeannene Smith, pro se.
21    THE COURT:  Ms. Smith, could you state your name one
22  more time?
23    MS SMITH:  Jeannene Smith, representing herself.
24    THE COURT:  Okay and I would ask each time you
25  speak, Ms. Smith, if you could just speak up.

4

1              MS SMITH:  Okay, thank you.
2              MR. BARATZ:  Good morning, your Honor, Alan Baratz,
3    for the law firm, Weiner and Lesniak.  I represent third
4    party defendant, Adagio Health and it's trade name.
5              THE COURT:  All right.  Presently before the Court
6    is a motion to withdraw by plaintiff counsel, Mr. Hunn.  Now,
7    Mr. Haber, you've entered a limited appearance to represent
8    the plaintiff in connection with the motion to withdraw.  Are
9    you on behalf of the plaintiff, object to Mr. Hunn
10   withdrawing from this case?
11             MR. HABER:  That's right, your Honor.
12             THE COURT:  And the plaintiff also has personal
13   counsel.  Mr. Bills, you're not admitted pro hac in this
14   case, are you?
15             MR. BILZ:  I am not, your Honor, I was asked to
16   participate by Mr. Haber, in this call and I have some -- an
17   updated report that I'd like provide to the Court, if you
18   please.
19             THE COURT:  All right, does it resolve the motion to
20   withdraw?
21             MR. BILZ:  It does not completely resolve the
22   motion, your Honor, but it foreshadows, hopefully, an
23   impending resolution of the motion.  Specifically, as of
24   yesterday afternoon, I'm pleased to report that I have
25   substitute counsel, who is potentially prepared, subject to

1    the client's approval, to make an appearance in the case on
2    the plaintiff's behalf, which would moot the motion and we
3    are at the final stages of arranging a meeting between
4    counsel and the clients.  And you know, fully updating them
5    on the status and so on.  And it's my intention to strongly
6    recommend to the plaintiffs or my clients and have been for
7    almost two years now, that they retain this proposed
8    substitute counsel.
9              THE COURT:  And when do you anticipate that decision
10   being made?
11             MR. BILZ:  I expect, your Honor, it may take several
12   weeks, possibly, simply to arrange for the meeting and have a
13   meeting take place, because of scheduling issues and travel
14   issues.  And as I believe we had indicated in a letter to
15   your Honor, the mother, Faith Allen, is involved with an
16   elderly relative and she's really unable to travel very
17   conveniently, at all, because of that.  It's the end of the
18   school year, so, her daughter is involved in whatever she's
19   involved in and so, there's some mechanics involved in
20   actually arranging a meeting.  Obviously, I'm dealing with
21   other busy attorneys, as well.  But hopefully, in the next
22   several weeks, two to three weeks, we'll have all this ironed
23   out and new counsel would be making an appearance in the case
24   and be ready to proceed.
25             THE COURT:  Mr. Hunn, do you have any objection to

```
 1   postponing resolution of your motion to withdraw in light of
 2   the fact that it may be mooted out if there's substituted
 3   counsel?
 4           MR. HUNN:  Your Honor, I do not, so long as we have
 5   an understanding that, generally, we're going to stand still
 6   until that time.  And at which time, new plaintiff's counsel
 7   gets involved, then the case proceeds in its normal course.
 8           THE COURT:  All right.
 9           MR. BARATZ:  Alan Baratz for Adagio Health and duly
10   pled third-party defendant.  The opportunity to stand
11   somewhat still for a few weeks, given the breadth of the
12   information that my office is currently digesting,
13   summarizing to the carrier and arranging in preparation for
14   an initial client interview out in Pittsburgh, would be a
15   wonderful opportunity for my client, also.
16           THE COURT:  All Mr. Baratz, did you file an answer?
17           MR. BARATZ:  Yes, I did, Judge, just recently.  I'm
18   sorry, I don't have it before me, Judge.
19           THE COURT:  And have -- it looks like it was April
20   21st and have you received any Rule 26 disclosures?
21           MR. BARATZ:  No, I have not, your Honor.
22           THE COURT:  Have Rule 26 disclosures been served in
23   this case?
24           MR. HUNN:  Your Honor, Robert Hunn, for the
25   plaintiff.  We did make an initial Rule 26 disclosure.  I
```

```
 1  will get what we've submitted over to Mr. Baratz today.
 2           THE COURT:  Mr. Cofsky, do you have any objection to
 3  a short stay in this matter, pending resolution of the motion
 4  to withdraw?
 5           MR. COFSKY:  No objection, your Honor, I think it's
 6  appropriate.
 7           THE COURT:  Ms. Smith, do you have any objection?
 8           MS SMITH:  No.
 9           THE COURT:  Okay, so, I will enter an order staying
10  the proceedings as follows, for a period of 30 days.  Except,
11  anyone who has served Rule 26 disclosures shall send a copy
12  to Mr. Baratz, who represents the third-party defendant that
13  recently entered an appearance.  And Mr. Baratz, your Rule 26
14  disclosures should be served and anyone else who hasn't done
15  Rule 26 disclosures, shall serve them no later than June
16  15th.
17           MR. BARATZ:  Fair enough, your Honor.
18           THE COURT:  And what I will do is schedule a
19  in-person conference the end of June.  At that conference, we
20  will discuss discovery issues, we will resolve the motion to
21  withdraw, if it's still pending and if it's not pending, then
22  we'll have the new counsel here and go through a proposed
23  schedule for completion of discovery.
24           MR. BARATZ:  Alan Baratz, again, Judge, for Adagio
25  Health.  I thank the Court for its consideration and would
```

```
 1   only ask that in rescheduling the end of June in-person
 2   conference, I have long-standing plans with my family to be
 3   away the 25th and 26th of June are my only bad days.
 4           THE COURT:  All right, we will work around those
 5   dates.
 6           MR. BARATZ:  Thanks, Judge.
 7           THE COURT:  One last issue, if the motion to
 8   withdraw is not resolved within the next three weeks, then
 9   the issue that the Court needs to determine, is the basis
10   upon which the motion to withdraw has been made and I don't
11   have the benefit of what appears to be planned in camera
12   submissions.  Is that correct, Mr. Hunn?
13           MR. HUNN:  That is correct.  At this time, you do
14   not, your Honor.
15           THE COURT:  All right, so, if a week before the
16   hearing date, the motion still is pending, then I would
17   request that any party that has some information that they
18   wish the Court to consider, should file it with the Court.
19   To the extent that the party believes that it should be ex
20   parte or for in camera review, they can submit the
21   information, with a copy of a cover letter, to their
22   adversaries and a motion to seal.  And if any party objects
23   to the sealing of the information, they can file a response
24   thereafter.  All right?
25           MR. BILZ:  What would be the deadline on that,
```

1   again, your Honor?  Excuse me, this is David Bilz.
2           THE COURT:  Well, Mr. Bilz, you said you needed two
3   to three weeks, right?
4           MR. BILZ:  Yes, ma'am.
5           THE COURT:  Okay, so, by two to three weeks, today
6   is May 15th, by June 5th or 10th, you should know whether
7   this matter is going to resolve, the motion to withdraw,
8   right?
9           MR. BILZ:  Yes, I think that's quite reasonable,
10  your Honor.
11          THE COURT:  All right.  So, by June 19th is when I
12  would want the submissions and then hearing would be in the
13  last week of June.
14          MR. BILZ:  Very good.
15          THE COURT:  Okay.  Is there anything else we should
16  do today?
17          MR. HABER:  Your Honor, this is Steve Haber.  If, in
18  fact, that hearing does take place, I'd also ask that June
19  29th not be that.
20          THE COURT:  All right, we'll work around that date.
21  Are there any other requests?
22          MR. COFSKY:  No, your Honor.
23          MS SMITH:  Could you just repeat what the hearing is
24  going to be for -- discovery, for the motion to withdraw.
25  Will the motion to dismiss be heard by then, as well?

```
                                                                10
 1             THE COURT:  Ms. Smith, that motion is presently
 2   pending before the District Judge and so, any questions
 3   concerning when that motion will be heard, whether there will
 4   be argument should be directed to Judge Rodriguez.
 5             MS SMITH:  Okay, so, that won't be a part of that?
 6             THE COURT:  That's correct.
 7             MS SMITH:  Okay.
 8             MR. HABER:  Your Honor, this is Steve Haber again,
 9   are those motions subject to your stay order?
10             THE COURT:  No, the motions are not subject, they're
11   fully briefed, aren't they?
12             MR. HUNN:  This is Robert Hunn, yes, they are, your
13   Honor.
14             THE COURT:  Now, let me just, there's a motion for
15   default judgment, a motion to strike the answer, the motion
16   to, I guess, those are the two motions, right?
17             MR. HUNN:  Yes, your Honor.
18             MR. COFSKY:  I believe Ms. Smith has filed motions
19   of her own.
20             THE COURT:  There's a motion to dismiss by Ms.
21   Smith, as well.
22             MR. COFSKY:  Yes.
23             THE COURT:  Okay.  Now, in the event the District
24   Judge refers the motions to me, I will clarify, Ms. Smith and
25   revise what I just said to you about what will be heard at
```

11

```
 1  the end of June.  If the motions are still pending, you
 2  should be prepared to address them to the extent that I'm
 3  going to handle those motions, okay?
 4            MS SMITH:  Okay, thank you.
 5            THE COURT:  All right.  Is there anything further?
 6            MR. COFSKY:  No, your Honor.
 7            MR. HUNN:  No, your Honor, for the plaintiff.
 8            THE COURT:  Let me just be clear, so that there's no
 9  confusion.  My order will say a stay of discovery, so, that
10  it's clear.  Because I think I said earlier, a stay of
11  proceedings.  We're not going to stay the pending motions.
12  We'll just stay the discovery and then, revisit discovery
13  deadlines at our in-person hearing/conference, okay?
14            MR. HUNN:  Fine, thank you, Judge.
15            THE COURT:  All right, is there anything further for
16  the plaintiff, Mr. Hunn?
17            MR. HUNN:  Your Honor, no and thank you for your
18  time this morning.
19            THE COURT:  Mr. Haber?
20            MR. HABER:  No, thank you, your Honor.
21            THE COURT:  Mr. Bilz?
22            MR. BILZ:  No, your Honor, thanks very much.
23            THE COURT:  Mr. Cofsky?
24            MR. COFSKY:  No.
25            THE COURT:  Ms. Smith?
```

```
                                                                12
1              MS SMITH:  No, thank you.
2              THE COURT:  Mr. Baratz?
3              MR. BARATZ:  With my thanks, no, your Honor.
4              THE COURT:  All right, everyone have a nice weekend,
5    we are adjourned, thank you.
6              (Proceeding adjourned 9:49 o'clock a.m.)
7                              * * *
```

<u>CERTIFICATION</u>

I hereby certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

```
s:/Geraldine C. Laws, CET              Dated 9/16/10
Laws Transcription Service
```