```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

                             - - -

MASHA ALLEN,                    :  CIVIL ACTION NO. 08-4614
      Plaintiff                 :
                                :
      v.                        :  Camden, New Jersey
                                :  August 27, 2009
FAMILIES THRU INTERNATIONAL     :  2:00 o'clock p.m.
ADOPTION, et al,                :
      Defendant                 :
. . . . . . . . . . . . . . . . :

                     TELEPHONE CONFERENCE
              BEFORE THE HONORABLE ANN MARIE DONIO
                 UNITED STATES MAGISTRATE JUDGE

                             - - -


APPEARANCES:

For the Plaintiff:      ROBERT N. HUNN, ESQUIRE
                        Kolsby, Gordon, Robin &
                        Shore, Esquires
                        One Liberty Place
                        2000 Market Street
                        28th Floor
                        Philadelphia, PA  19103

                        STEVEN A. HABER, ESQUIRE
                        Obermayer, Rebmann, Maxwell
                        & Hippel, LLP
                        One Penn Center, 19th Floor
                        1617 John F. Kennedy
                        Boulevard
                        Philadelphia, PA  19103-1895

                        DAVID BILZ, ESQUIRE

                        DARREN SUMMERVILLE, ESQUIRE
                        The Bird Group

For the Defendant       DONALD C. COFSKY, ESQUIRE
FTIA:                   Cofsky & Zeidman, LLC
                        209 N. Haddon Avenue
                        Haddonfield, NJ  08033-2322

                             - - -
```

APPEARANCES:

| | |
|---|---|
| For the Defendant Smith: | JEANNENE SMITH, Pro Se<br>312 S. Lincoln Avenue<br>Cherry Hill, NJ  08002 |
| For the Defendant Adagio Health: | BRAD WEINTRAUB, ESQUIRE<br>Weiner Lesniak<br>629 Parsippany Road<br>P.O. Box 438<br>Parsippany, NJ  07054-0438 |

- - -

| | |
|---|---|
| Audio Operator: | Susan Bush |
| Transcribed by: | Paula L. Curran, CET |

(Proceedings recorded by Liberty Court Player digital sound recording; transcript provided by AAERT-certified transcriber.)

1    (The following occurred in open court at 2:00
2  o'clock p.m.)
3    THE COURT: Hello, this is Judge Donio, good
4  afternoon. We are on the record in Case Number 08-4614.
5  This is a telephone conference. The parties are appearing by
6  telephone. This conference is being electronically recorded
7  and so, each time you speak, I would ask that you state your
8  name for the record. Let's begin by placing the appearances
9  on the record, beginning with plaintiff's counsel, please?
10    MR. HUNN: Good afternoon, your Honor, this is
11  Robert Hunn, I am counsel just to plaintiffs.
12    MR. SUMMERVILLE: Your Honor, this is Darren
13  Summerville. I was also on the call last month. We are
14  anticipating joining into the case as lead counsel.
15    MR. BILZ: Your Honor, David Bilz, also from
16  Atlanta, personal counsel for plaintiffs.
17    MR. HABER: Your Honor, Steve Haber, special counsel
18  to the plaintiff.
19    MR. COFSKY: Donald Cofsky, counsel for Families
20  Thru International Adoption.
21    MR. WEINTRAUB: Good afternoon, your Honor, Brad
22  Weintraub, from Weiner Lesniak, for the third-party
23  defendant, Adagio Health.
24    MR. HUNN: And your Honor, this is Robert Hunn
25  again. I received an e-mail from Jeannene Smith that she

4

1  will not be joining in the conference.

2  THE COURT: She was waiving her appearance, does it
3  indicate?

4  MR. COFSKY: Your Honor, I received an e-mail, this
5  is Donald Cofsky. I received an e-mail. I just got back in
6  my office, that from Jeannene Smith, addressed to Bob Hunn.
7  It says, "Bob, I just received your e-mail yesterday. Sorry,
8  but this was awful short notice and I cannot make the call
9  today. Just wanted to let you know." It's sort of
10 surprising because I believe we all got notice of this and I
11 think she's doing electronic filing now, too. So, why she
12 did not get notice of this, I don't know why.

13 THE COURT: All right, well, let me just address
14 this to plaintiff's -- plaintiff's counsel, Mr. Hunn. You
15 anticipate withdrawing or having your appearance substituted?

16 MR. HUNN: Well, that was the game plan. When we
17 last spoke, Atlanta counsel was looking for local counsel and
18 that was approximately 30 days ago and Atlanta counsel should
19 speak for what progress it made.

20 THE COURT: Mr. Bilz, the Court has provided a
21 number of extensions. What seems to be the problem?

22 MR. SUMMERVILLE: Your Honor, this is Darren
23 Summerville, I might be able to better answer that. It's in
24 my lap, this responsibility is or was the problem with,
25 unfortunately, by me is that I have simply not been able to

```
 1   find a firm, not for lack of trying, that is willing to serve
 2   as local counsel.  I have contacted eight separate firms and
 3   over the past 30 days.  We entered substantive negotiations
 4   with four of them, at some very point and simply have not
 5   been able to fine one who really agree to be on board, no
 6   matter what the negotiations.  At this point, we have gnashed
 7   our teeth over the issue, to some degree and we are well
 8   aware of the Court's patience in this regard, as well as the
 9   other parties.  And I can offer, at this point, that if the
10   Court would accept to give us, perhaps, two weeks more to
11   find local counsel, if we are unsuccessful, we'll be happy to
12   notify the parties and the Court of that and then we would
13   anticipate voluntarily dismissing the case until we can get
14   local counsel that would be ready to bring the case forward.
15           THE COURT:  Okay, any objection from counsel?
16           MR. HUNN:  No, your Honor.
17           MR. COFSKY:  No, your Honor, Cofsky here, no.
18           THE COURT:  Mr. Hunn, any further objection?
19           MR. HUNN:  Robert Hunn, no.
20           THE COURT:  All right, I will reconvene the
21   telephone conference in approximately 30 days.  All right,
22   anything else?
23           MR. SUMMERVILLE:  Thank you, Judge.
24           MR. COFSKY:  Other than wishing everyone a happy end
25   of the summer and a good Labor Day.
```

```
                                                              6
1           THE COURT:  All right, you all have a nice rest of
2  the summer.  We are adjourned, thank you.
3           (Proceeding adjourned 2:04 o'clock p.m.)
4                            * * *
```

<u>CERTIFICATION</u>

I hereby certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


s:/Geraldine C. Laws, CET          Dated 9/16/10
Laws Transcription Service